a lack of sufficient support for the issuance of a search warrant and a lack of probable cause for his arrest without a warrant. We think the trial court was correct in both respects.

Affirmed.

---

**Meyer DECHTER, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

No. 15252.

United States Court of Appeals
District of Columbia Circuit.

Argued Oct. 8, 1959.

Decided Oct. 22, 1959.

Mr. Joseph Sitnick, Washington, D. C., for appellant.

Mr. Edward C. O'Connell, Asst. U. S. Atty., with whom Mr. Oliver Gasch, U. S. Atty., and Mr. Carl W. Belcher, Asst. U. S. Atty., were on the brief, for appellee.

Before Mr. Justice BURTON, retired,* PRETTYMAN, Chief Judge, and DANAHER, Circuit Judge.

PER CURIAM.

This is an appeal from a conviction for operation of a lottery. Appellant claims

* Sitting by designation pursuant to 28 U.S.C. § 294(a).

---

**Dorothy C. GERAGHTY, Appellant,**

v.

**Jean L. HEIGLE and Francis C. Heigle,
Appellees.**

No. 15245.

United States Court of Appeals
District of Columbia Circuit.

Argued Oct. 16, 1959.

Decided Oct. 29, 1959.

Mr. Milton Heller, Washington, D. C., for appellant.

Mr. Richard W. Galiher, Washington, D. C., with whom Mr. William E. Stewart, Jr., Washington, D. C., was on the brief, for appellees.

Before PRETTYMAN, Chief Judge, and WASHINGTON and BASTIAN, Circuit Judges.

PER CURIAM.

Appellant (plaintiff) filed suit against appellees (defendants) and certain other persons for personal injuries growing out of a fall on stairs in a building where she was a roomer.[1]

We find no error affecting substantial rights.

Affirmed.

1. The suit in the District Court is proceeding against the other defendants named therein.